# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 2, 2007

Charles R. Fulbruge III
Clerk

No. 06-60876
Summary Calendar

ADEL I A DAWOUD

Petitioner

v.

PETER D KEISLER, ACTING U S ATTORNEY GENERAL

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 464 889

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Adel I A Dawoud was born in Libya but moved to the West Bank of the Jordan when he was a child. He has petitioned this court for review of the Board of Immigration Appeals (BIA) order affirming the denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). Dawoud's due process claim about the process he received relative to his application for asylum fails because he does not have a constitutionally protected liberty

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

interest in asylum. See Ahmed v. Gonzales, 447 F.3d 433, 440 (5th Cir. 2006); Majd v. Gonzales, 446 F.3d 590, 595 (5th Cir. 2006); 8 U.S.C. § 1158(b)(1)(A). Dawoud fails to show that the record compels reversal of the finding of the IJ that he is not entitled to asylum, withholding of removal, and relief under the CAT. See; Lopez-Gomez v. Ashcroft, 263 F.3d 442, 444 (5th Cir. 2001); Mikhael v. INS, 115 F.3d 299, 306 (5th Cir. 1997). Furthermore, the BIA did not abuse its discretion when it refused to reopen the proceedings. See Lara v. Trominski, 216 F.3d 487, 496 (5th Cir. 2000). Review of the BIA's denial of asylum, withholding of removal, and relief under the CAT is DENIED.